UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RICHARD MARENTES TORRES,<br><br>Petitioner,<br><br>v.<br><br>M. CATE, Director of the California Department for Corrections and Rehabilitation (CDCR), et al.,<br><br>Respondents. | Case No. SACV 10-00277 ODW (AN)<br><br>**JUDGMENT** |

For the reasons set forth in the accompanying Order, it is hereby ADJUDGED AND DECREED THAT this action is dismissed with prejudice.

DATED: May 18, 2010

_____
OTIS D WRIGHT, II
UNITED STATES DISTRICT JUDGE